UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MARIA HERNANDEZ,                               No. 14-15672

    Plaintiff-Appellant,                          D.C. No. 2:12-cv-00731-SMM

v.

WILLIAMS, ZINMAN & PARHAM, P.C.

    Defendant-Appellee.

### REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b), Plaintiff-Appellant Maria Hernandez is represented by:

>Aaron D. Radbil
>Greenwald Davidson PLLC
>5550 Glades Rd., Ste. 500
>Boca Raton, FL 33431
>Tel: (561) 826-5477
>Fax: (561) 961-5684
>aradbil@mgjdlaw.com

Before the district court, Defendant-Appellee was represented by:

>Timothy J. Thomason
>Tthomason@dickinson-wright.com
>Nicole Felker Bergstrom
>Bbergstrom@ dickinson-wright.com
>Dickinson Wright/Mariscal Weeks
>2901 North Central Avenue
>Suite 200
>Phoenix, AZ 85012
>Attorneys for Defendant

1

Respectfully submitted on April 16, 2014  s/Aaron D. Radbil
Aaron D. Radbil
Greenwald Davidson PLLC
5550 Glades Rd., Ste. 500
Boca Raton, FL 33431
Tel: (561) 826-5477
Fax: (561) 961-5684
aradbil@mgjdlaw.com
Attorney for Plaintiff-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2014 I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

s/Aaron D. Radbil
Aaron D. Radbil

2